# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WAYNE MALLARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No.: 1:17-cv-1212- JLT <br><br> ORDER GRANTING AN EXTENSION OF TIME <br><br> (Doc. 16) |

On May 11, 2018, the parties stipulated that Defendant have an extension of thirty days to file a response to Plaintiff's opening brief. (Doc. 16) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 16) is **GRANTED**; and
2. Defendant **SHALL** file a response to the opening brief on or before **June 14, 2018**.

IT IS SO ORDERED.

Dated: **May 14, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1