# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD WAYNE MALLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-1212 - JLT<br><br>ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(Doc. 22) |

On May 9, 2019, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. (Doc. 22) Because the matter is not set for hearing, no filing deadlines were triggered for the Commissioner. Accordingly, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **May 31, 2019**; and

2. Any brief in reply **SHALL** be filed no later than **June 7, 2019**.

IT IS SO ORDERED.

Dated:   **May 17, 2019**              **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE